**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10142 |
| Plaintiff - Appellee, | D.C. No. 5:08-CR-00525-JW |
| v. | |
| JUAN MANUEL SILVA-QUESADA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
James Ware, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Juan Manuel Silva-Quesada appeals from his 46-month sentence imposed

following his guilty-plea conviction for illegal reentry following deportation, in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Silva-Quesada contends that the district court committed procedural error by failing to address his arguments for a lower sentence due to his "cultural assimilation."  The record reflects that the district court listened to the argument, and "then simply found the circumstances insufficient to warrant" a lower sentence.  *See United States v. Amezcua-Vasquez*, 567 F.3d 1050, 1054 (9th Cir. 2009).

**AFFIRMED**.